IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-01479-JLK-OES**

**MONROE PROPERTY, LLC, a Nevada limited liability company,**

        Plaintiff,

v.

**BACHELOR GULCH RESORT, LLC, a Colorado limited liability company;
VAIL RESORTS DEVELOPMENT COMPANY, a Colorado corporation; and
RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware limited liability corporation,**

        Defendants.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Kane, J.

Upon review of the parties' Stipulation and Joint Motion for Dismissal with Prejudice (Doc. 116), it appears the parties have settled this action. Based on the representations set forth therein,

**IT IS ORDERED** that this case is **DISMISSED** with prejudice, each side to bear their own attorney fees and costs.

Dated February 21, 2006.        **s/John L. Kane**
        Senior U.S. District Judge